<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-7523**

———————

JAIME ACEVEDO,

                                        Petitioner - Appellant,

          versus

D. A. GARRAGHTY,

                                        Respondent - Appellee.

———————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.   James C. Turk, District Judge.
(CA-99-288-7)

———————

Submitted:  February 24, 2000          Decided:  March 3, 2000

———————

Before MOTZ and KING, Circuit Judges, and BUTZNER, Senior Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Jaime Acevedo, Appellant Pro Se.  Richard Bain Smith, Assistant Attorney General, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jaime Acevedo seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Acevedo v. Garraghty, No. CA-99-288-7 (W.D. Va. Oct. 22, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED